1 | LISA M. BERTAIN, CASB No. 124646
lisa.bertain@kyl.com
2 | NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
3 | ALEXANDER J. BUKAC, CASB No. 305491
alexander.bukac@kyl.com
4 | KEESAL, YOUNG & LOGAN
A Professional Corporation
5 | 450 Pacific Avenue
San Francisco, California  94133
6 | Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136
7 |
Attorneys for Defendant
8 | PHILLIPS 66 COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DEAN A. ROBBINS,

          Plaintiff,

vs.

PHILLIPS 66 COMPANY,

          Defendant.

Case No. 3:18-cv-00292-EDL

**PROOF OF SERVICE OF NOTICE OF REMOVAL BY DEFENDANT PHILLIPS 66 COMPANY AND SUPPORTING DOCUMENTS**

**[CLASS ACTION FAIRNESS ACT]**

///

///

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On January 12, 2018, I served the foregoing documents described as:

1. **DEFENDANT PHILLIPS 66 COMPANY'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332(d)(2) [CLASS ACTION FAIRNESS ACT];**

2. **CIVIL COVER SHEET; AND**

3. **PROOF OF SERVICE**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Shaun Setareh, Esq.** | Telephone: (310) 888-7771 |
| **Thomas Segal, Esq.** | Facsimile: (310) 888-0109 |
| **Setareh Law Group** | Email: shaun@setarehlaw.com |
| **9454 Wilshire Boulevard, Suite 907** | thomas@setarehlaw.com |
| **Beverly Hills, CA 90212** | |

**Attorney for Plaintiff, Dean A. Robbins**

☑ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on January 12, 2018 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Maria Celina M. Schilt
Maria Celina M. Schilt