Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
DEAN R. ROBBINS

Lisa M. Bertain (SBN 124646)
  lisa.bertain@kyl.com
Nathan R. Jaskowiak (SBN 248007)
  nathan.jaskowiak@kyl.com
Alexander J. Bukac (SBN 305491)
  alexander.bukac@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone (415) 398-6000
Facsimile (415) 981-0136

Attorneys for Defendant
PHILLIPS 66 COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### UNLIMITED JURISDICTION

| | |
|---|---|
| DEAN A. ROBBINS, on behalf of himself, all others similarly situated,<br><br>     *Plaintiff,*<br><br>vs.<br><br>PHILLIPS 66 COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br>     *Defendants.* | Case No. 3:18-cv-00292-RS<br><br>Assigned For All Purposes To The Honorable Richard Seeborg, Courtroom 3<br><br>**JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER**<br><br>Action Filed:    November 27, 2017<br>Action Removed: January 12, 2018 |

1     Pursuant to the Court's order issued following Initial Case Management Conference held on

2  May 10, 2018, Plaintiff DEAN A. ROBBINS ("Plaintiff") and Defendant PHILLIPS 66

3  COMPANY ("Defendant") (collectively with the Plaintiff, the "Parties") hereby submit the

4  following Joint Scheduling Stipulation and Proposed Order.

5     The Parties stipulate to the following class certification briefing schedule:

6        • Plaintiff's Motion for Class Certification due by March 13, 2019;

7        • Defendant's Opposition to Motion for Class Certification due by April 17,

8          2019;

9        • Plaintiff's Reply to Defendant's Opposition to Motion for Class

10         Certification due by May 1, 2019;

11       • Hearing on Plaintiff's Motion for Class Certification on May 16, 2019, at

12         1:30 p.m., or a date thereafter most convenient for the Court.

13    IT IS SO STIPULATED

14

15  DATED:  May 17, 2018                SETAREH LAW GROUP

16

17                                      /s/ Shaun Setareh
                                        ─────────────────────────────
18                                      SHAUN SETAREH
                                        THOMAS SEGAL
19
                                        Attorneys for Plaintiff
20                                      DEAN A. ROBBINS

21

22  DATED:  May 17, 2018                KEESAL, YOUNG & LOGAN

23

24                                      /s/ Nathan R. Jaskowiak
                                        ─────────────────────────────
25                                      LISA M. BERTAIN
                                        NATHAN R. JASKOWIAK
26                                      ALEXANDER J. BUKAC

27                                      Attorneys for Defendant
                                        PHILLIPS 66 COMPANY
28

                                        1
JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 51(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

*/s/ Shaun Setareh*
SHAUN SETAREH
Attorneys for Plaintiff
DEAN R. ROBBINS

## [PROPOSED] ORDER

The following class certification briefing schedule IS HEREBY ORDERED:

- Plaintiff's Motion for Class Certification due by March 13, 2019;
- Defendant's Opposition to Motion for Class Certification due by April 17, 2019;
- Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification due by May 1, 2019;
- Hearing on Plaintiff's Motion for Class Certification on May 16, 2019, at 1:30 p.m., or a date thereafter most convenient for the Court.

Dated: _____, 2018

_____
United States District Judge
Honorable Richard Seeborg

JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER