UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. ROBBINS,<br><br>       Plaintiff,<br><br>     v.<br><br>PHILLIPS 66 COMPANY,<br><br>       Defendant. | Case No. 18-cv-00292-RS (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

This case has been referred to the undersigned magistrate judge for all discovery-related matters. The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/tsh. A copy is included with this notice for any pro se party.

The parties are advised they must meet and confer <u>in person</u> (or by telephone if outside the Bay Area) before any dispute is considered and must address the proportionality of any disputed discovery request(s) (Fed. R. Civ. P. 26(b)(1)). Any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the district judge instead of a motion, the letter shall not be considered unless the parties attest they met and conferred prior to filing the letter and discussed the proportionality of the disputed request(s). If there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person (or by telephone if outside the Bay Area) prior to filing the letter, and that the letter addresses proportionality.

Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: November 9, 2018

THOMAS S. HIXSON
United States Magistrate Judge