AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DEAN R. ROBBINS )<br>*Plaintiff* )<br>v. )<br>PHILLIPS 66 COMPANY )<br>*Defendant* ) | Case No.   3:18-cv-00292-RS |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEAN R. ROBBINS

Date:   11/14/2018

/s/ Ashley N. Batiste
*Attorney's signature*

Ashley N. Batiste
*Printed name and bar number*
SETAREH LAW GROUP
315 S. Beverly Drive, Suite 315
Beverly Hills, California 90212

*Address*

ashley@setarehlaw.com
*E-mail address*

(310) 888-7771
*Telephone number*

(310) 888-0109
*FAX number*

# PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 315 S. Beverly Drive, Suite 315 Beverly Hills, CA 90212.

On November 14, 2018, I served the foregoing documents described as:

**APPEARANCE OF COUNSEL (ASHLEY N. BATISTE)**

to all named counsel of record as follows:

Lisa M. Bertain Esq.
Ian Ross, Esq.
KEESAL, YOUNG & LOGAN APC
450 Pacific Avenue
San Francisco, CA 94133
E-Mail:   lisa.bertain@kyl.com
E-Mial: ian.ross@kyl.com
Counsel for Defendant Phillips 66 Company

**[X]     BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on November 14, 2018. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**[X]     FEDERAL** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 14, 2018, at Beverly Hills, California.

_____
JUANITA FERNANDEZ