United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. ROBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIPS 66 COMPANY,<br><br>    Defendant. | Case No. 18-cv-00292-RS (TSH)<br><br>**ORDER FOR PARTIES TO MEET AND CONFER**<br><br>Re: Dkt. No. 35 |

On November 9, 2018, the Court issued a Notice of Referral for Discovery directing the parties to file a joint statement within three days verifying they met and conferred prior to filing their pending joint letter brief (ECF No. 35). ECF No. 37. As the parties did not file a joint statement, the Court **ORDERS** the parties to meet and confer by November 29, 2018, in compliance with the undersigned's Discovery Standing Order. If unable to resolve the disputes raised in their letter, the parties shall file a revised joint letter, by December 6, 2018. If filing a revised letter, the parties shall include all relevant discovery requests and responses.

**IT IS SO ORDERED.**

Dated: November 19, 2018

THOMAS S. HIXSON
United States Magistrate Judge