UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN A. ROBBINS,

    Plaintiff,

v.

PHILLIPS 66 COMPANY,

    Defendant.

Case No. 18-cv-00292-RS (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 43

On December 6, 2018, the parties filed a Joint Discovery Letter. ECF No. 43. The Court has a telephonic hearing scheduled for 1:30 p.m. on December 14, 2018 concerning the letter. Exhibit A to the letter is meant to reproduce the discovery requests and responses at issue, as required by the undersigned's discovery standing order. However, Exhibit A is disorganized. Starting on page 8 the numbers for the interrogatories and the responses do not line up with each other. Pages 14 and 15 state that they list requests for admission, but the text appears to be responses to the requests for admission, not the requests themselves. On pages 22-24 the numbers for the requests for production and the responses do not line up with each other. There are similar mismatches on pages 36, 39 and 40. The Court wants to be sure what responses correspond with which requests, and these errors introduce uncertainty. The Court **ORDERS** the parties to file a corrected Exhibit A by noon on December 14, 2018. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: December 13, 2018

THOMAS S. HIXSON
United States Magistrate Judge