LISA M. BERTAIN, CASB No. 124646
lisa.bertain@kyl.com
IAN ROSS, CASB No. 284842
ian.ross@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
PHILLIPS 66 COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. ROBBINS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PHILLIPS 66 COMPANY,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-00292-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CURRENTLY-SET DEADLINES IN DISCOVERY ORDER** |

　　　　Plaintiff DEAN A. ROBBINS ("Plaintiff" or "Mr. Robbins") and Defendant PHILLIPS 66 COMPANY ("Defendant" or "Phillips 66") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

　　　　WHEREAS, on November 27, 2017, Plaintiff filed this lawsuit in the San Francisco Superior Court;

　　　　WHEREAS, on January 12, 2018, Defendant removed the action to this Court;

　　　　WHEREAS, on May 17, 2018, the Court set the current class certification briefing schedule: Plaintiff's Motion for Class Certification due by March 13, 2019; Defendant's Opposition to Motion for Class Certification due by April 17, 2019; Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification due by May 1, 2019; and hearing on Plaintiff's Motion for Class Certification on May 23, 2019 at 1:30 p.m.;

1    WHEREAS, on December 6, 2018 the Parties submitted a joint letter brief regarding a dispute relating to class-wide pre-certification discovery;

WHEREAS, on December 10, 2018 the Court ordered a telephonic discovery hearing on December 14, 2018 to address discovery issues with the Honorable Magistrate Judge Thomas S. Hixson;

WHEREAS, on December 14, 2018 the Parties participated in a telephonic discovery hearing before Judge Hixson;

WHEREAS, on December 17, 2018 Judge Hixson issued a Discovery Order directing, in part, that Defendant file by January 7, 2019 detailed declarations describing the burden of producing certain information and/or documents as specified in the Order, and also scheduling a January 9, 2019 telephonic hearing to further discuss the issue of burden with respect to a number of Plaintiff's discovery requests (among other items);

WHEREAS, on December 21, 2018 the Parties submitted a joint scheduling stipulation seeking the following modified class certification briefing schedule: Plaintiff's Motion for Class Certification due by September 19, 2019; Defendant's Opposition to Motion for Class Certification due by October 31, 2019; Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification due by November 14, 2019; and hearing on Plaintiff's Motion for Class Certification on December 12, 2019 at 1:30 p.m.;

WHEREAS, on January 2, 2019 the Court issued an Order granting the Parties' December 21, 2018 stipulation granting a six-month extension for Plaintiff to file his motion for class certification ("six month extension");

WHEREAS, due to unavailability of witnesses since the Order was issued on December 17, 2018 and the six-month extension granted by Judge Seeborg for Plaintiff to file his motion for class certification, Plaintiff agrees to a three-week extension of all of the deadlines currently set forth in Judge Hixson's Order;

WHEREAS, in light of the foregoing, the Parties agree that good cause exists to extend the deadline for Defendant to file its declarations as ordered in Judge Hixson's December 17, 2018 Discovery Order.

WHEREAS, in light of the foregoing, the Parties agree that good cause exists to extend the deadline for Defendant to file its declarations as ordered in Judge Hixson's December 17, 2018 Discovery Order.

The Parties stipulate to the following:

1. Defendant's deadline to file its declarations regarding burden is moved from January 7, 2019 to January 28, 2019.

2. Plaintiff's deadline to respond to the declarations is moved from January 8, 2019 to January 30, 2019;

3. The telephonic hearing scheduled for January 9, 2019 is moved to February 1, 2019 at 10:00 a.m. Counsel shall call the following phone number: 1-888-684-8852/Access Code: 2925506.

4. With respect to Interrogatory No. 1, all deadlines are extended by three weeks.

5. The deadline for Phillips to serve amended responses to the other interrogatories where the Court orders a response is extended from January 31, 2019 to February 21, 2019.

IT IS SO STIPULATED.

DATED: January 7, 2019　　　　　　　　　　　SETAREH LAW GROUP

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas Segal*
　　　　　　　　　　　　　　　　　　　　　　　　SHAUN SETAREH
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS SEGAL
　　　　　　　　　　　　　　　　　　　　　　　　FARRAH GRANT
　　　　　　　　　　　　　　　　　　　　　　　　ASHLEY N. BASITSE
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　DEAN A. ROBBINS


DATED: January 7, 2019　　　　　　　　　　　KEESAL, YOUNG & LOGAN

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ian Ross*
　　　　　　　　　　　　　　　　　　　　　　　　LISA M. BERTAIN
　　　　　　　　　　　　　　　　　　　　　　　　IAN ROSS
　　　　　　　　　　　　　　　　　　　　　　　　KEESAL, YOUNG & LOGAN
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　PHILLIPS 66 COMPANY

**FILER'S ATTESTATION**:

Pursuant to Civil Local Rule 5-1 (i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

DATED: January 7, 2019

KEESAL, YOUNG & LOGAN

*/s/ Ian Ross*
LISA M. BERTAIN
IAN ROSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
PHILLIPS 66 COMPANY

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause being shown, **IT IS SO ORDERED.**

DATED: January 7, 2019

_____
HONORABLE JUDGE HIXSON