1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

TIMOTHY GREEN,

     Plaintiff,

     v.

PHILLIPS 66 COMPANY, et al.,

     Defendants.

Case No. 19-cv-01558-LB

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Re: Dkt. No. 25

    Pursuant to Civil Local Rule 3-12(c), and at the parties' request, the court refers the above-titled case to United States District Judge Richard Seeborg to consider whether the case is related to case number 3:18-cv-00292-RS.

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 19-cv-01558-LB