Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
Farrah Grant (SBN 293898)
  farrah@setarehlaw.com
SETAREH LAW GROUP
315 S. Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
DEAN R. ROBBINS

Lisa M. Bertain (SBN 124646)
  lisa.bertain@kyl.com
Cassidy Wallace
  Cassidy.Wallace@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone (415) 398-6000
Facsimile (415) 981-0136

Attorneys for Defendant
PHILLIPS 66 COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. ROBBINS, on behalf of himself, all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>PHILLIPS 66 COMPANY, a Delaware corporation; and Does 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 3:18-cv-00292-RS<br><br>Assigned For All Purposes To The Honorable Richard Seeborg, Courtroom 3<br><br>**JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER**<br><br>Action Filed: November 27, 2017<br>Action Removed: January 12, 2018 |

This Stipulation is made by and between Plaintiff DEAN ROBBINS ("Plaintiff") and Defendant PHILLIPS 66 COMPANY("Defendant") ("collectively, the "Parties"), through their respective counsel of record, seeking modified class certification briefing schedule.

WHEREAS, on November 27, 2017, Plaintiff filed this lawsuit in the San Francisco Superior Court alleging that Defendant had violated the California Labor Code;

WHEREAS, on January 12, 2018, Defendant removed the action to this Court;

WHEREAS, on January 1, 2019 the Court granted the Parties Joint Scheduling Stipulation and class certification briefing schedule; Plaintiff's Motion for Class Certification due by September 19, 2019; Defendant's Opposition to Motion for Class Certification due by October 31, 2019; Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification due by November 14, 2019; and hearing on Plaintiff's Motion for Class Certification on December 12, 2019 at 1:30 p.m.;

WHEREAS, the parties were scheduled to mediate this case on September 4, 2019 with Mark Rudy. The parties were recently informed that due to Mark Rudy's health the mediation was cancelled. The parties have re-scheduled the mediation with Tripper Ortman on October 3, 2019.

WHEREAS, in light of the foregoing, the Parties agree that good cause exists to extend the deadline for Plaintiff to file his Motion for Class Certification.

The Parties stipulate to the following class certification briefing schedule:

- Plaintiff's Motion for Class Certification due by January 6, 2020;
- Defendant's Opposition to Motion for Class Certification due by February 28, 2020;
- Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification due by _March 20, 2020;
- Hearing on Plaintiff's Motion for Class Certification on April 23, 2020, at 1:30 p.m., or a date thereafter most convenient for the Court.

IT IS SO STIPULATED.

DATED: July 1, 2019                    SETAREH LAW GROUP

              */s/ Shaun Setareh*
              SHAUN SETAREH
              THOMAS SEGAL
              FARRAH GRANT
              Attorneys for Plaintiff
              DEAN A. ROBBINS

DATED: July 1, 2019                    KEESAL, YOUNG & LOGAN

              */s/ Lisa Bertain*
              LISA M. BERTAIN
              CASSIDY WALLACE
              Attorneys for Defendant
              PHILLIPS 66 COMPANY

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

              /s/ *Shaun Setareh*_____

## [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

DATED: July 11, 2019           _____
                HONORABLE RICHARD SEEBORG