UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. ROBBINS, et al., <br> Plaintiffs, <br> v. <br> PHILLIPS 66 COMPANY, <br> Defendant. | Case No. 18-cv-00292-RS (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 87 |

On November 9, 2018, Judge Seeborg referred a discovery dispute "and any further discovery disputes" to the undersigned. ECF No. 36. Despite this, today non-party Irwin Industries, Inc., filed a motion to quash a subpoena, noticed for a hearing before Judge Seeborg. ECF No. 87. The motion also violates the undersigned's Discovery Standing Order, which requires counsel to speak to each other before filing a discovery motion, and which requires discovery disputes to be raised in a joint letter brief of not more than five pages. Irwin Industries' motion to quash is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated: October 1, 2019

THOMAS S. HIXSON
United States Magistrate Judge