Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
Farrah Grant (SBN 293898)
  farrah@setarehlaw.com
SETAREH LAW GROUP
315 S. Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
DEAN R. ROBBINS

Michael S. Chamberlin, SBN 124646
  mchamberlin@bakerlaw.com
Vartan S. Madoyan, SBN 279015
  vmadoyan@bakerlaw.com
Nicholas D. Poper, SBN 293900
  npoper@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    (310) 820-8800
Facsimile:    (310) 820-8859

Attorneys for Defendant
PHILLIPS 66 COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. ROBBINS and TIMOTHY GREEN, on behalf of themselves, all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>PHILLIPS 66 COMPANY, a Delaware corporation; and Does 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 3:18-cv-00292-RS<br>(Consolidated Case No. 19-cv-01558-RS)<br><br>Assigned For All Purposes To The Honorable Richard Seeborg, Courtroom 3<br><br>**JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER**<br><br>Action Filed: November 27, 2017<br>Action Removed: January 12, 2018 |

This Stipulation is made by and between Plaintiff DEAN ROBBINS ("Plaintiff") and Defendant PHILLIPS 66 COMPANY("Defendant") ("collectively, the "Parties"), through their respective counsel of record, seeking a modified class certification briefing schedule.

WHEREAS, on November 27, 2017, Plaintiff filed this lawsuit in the San Francisco Superior Court alleging that Defendant had violated the California Labor Code;

WHEREAS, on January 12, 2018, Defendant removed the action to this Court;

WHEREAS on September 6, 2019 the Court entered a modified scheduling order with the following dates:

May 5, 2020, Deadline for Plaintiffs to file Motion for Class Certification.

June 29, 2020 Deadline for Defendant to file Opposition to Class Certification.

July 20, 2020 Deadline for Plaintiffs to file Reply Brief.

August 20, 2020, Hearing on Motion for Class Certification.

In light of the ongoing shutdowns due to COVID 19, the parties have not taken the depositions of named plaintiffs Dean Robbins and Timothy Green or the Rule 30(b)(6) deposition of Phillips 66, and have been unable to conduct other litigation activities to prepare for class certification briefing. Accordingly, the parties stipulate and request that the Court enter a modified schedule as follows:

- September 15, 2020, Deadline for Plaintiffs to file Motion for Class Certification.
- November 16, 2020, Deadline for Defendant to file Opposition to Class Certification.
- December 4, 2020, Deadline for Plaintiffs to file Reply Brief.
- January 21, 2021, at 1:30 p.m., Hearing on Motion for Class Certification.

IT IS SO STIPULATED.

DATED:  May 1, 2020                            SETAREH LAW GROUP

*/s/ Shaun Setareh*
SHAUN SETAREH
THOMAS SEGAL
FARRAH GRANT

|  |  |
|---|---|
| DATED: May 1, 2020 | Attorneys for Plaintiff<br>DEAN A. ROBBINS<br><br>BAKER & HOSTETLER LLP<br><br>*/s/ Vartan S. Madoyan*_____<br>MICHAEL S. CHAMBERLIN<br>VARTAN S. MADOYAN<br>NICHOLAS D. POPER<br>Attorneys for Defendant<br>PHILLIPS 66 COMPANY |

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ Shaun Setareh_____

### [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court grants the stipulation to modify the briefing schedule for class certification, and sets the following dates:

- September 15, 2020, Deadline for Plaintiffs to file Motion for Class Certification.
- November 16, 2020, Deadline for Defendant to file Opposition to Class Certification.
- December 4, 2020, Deadline for Plaintiffs to file Reply Brief.
- January 21, 2021, at 1:30 p.m., Hearing on Motion for Class Certification.

DATED: _____            _____
                                                           HONORABLE RICHARD SEEBORG

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2020, a true and correct copy of the foregoing document was filed via the court's CM/ECF filing system and a copy was delivered via the same on all attorneys of record.

_____/s/ Shaun Setareh_____