Shaun Setareh, SBN 204514
*shaun@setarehlaw.com*
Thomas Segal, SBN 222791
*thomas@setarehlaw.com*
Farrah Grant, SBN 293898
*farrah@setarehlaw.com*
**SETAREH LAW GROUP**
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

*Attorneys for Plaintiffs*

Michael S. Chamberlin, SBN 175427
*mchamberlin@bakerlaw.com*
Nicholas D. Poper, SBN 293900
*npoper@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:   (310) 820-8800
Facsimile:   (310) 820-8859

*Attorneys for Defendant*
PHILLIPS 66 COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN A. ROBBINS and TIMOTHY GREEN, on behalf of themselves, all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILLIPS 66 COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:18-cv-00292-RS<br>(consolidated Case No. 19-cv-01558-RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY**<br><br>Action Removed: January 12, 2018<br>Action Filed: November 27, 2017 |

Plaintiffs Dean Robbins, Timothy Green, Ian Clare, and Keith Washington ("Plaintiffs") and Phillips 66 Company ("Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, on or about June 5, 2023, Plaintiffs requested that Defendant produce timekeeping and payroll data of Phillips 66's non-exempt employees in California for the time period of March 30, 2021 to the present;

WHEREAS, Defendant has agreed to produce timekeeping and payroll data of Defendant's non-exempt employees in California for the time period of March 30, 2021 to the present, as relevant to Plaintiffs' cause of action under the California Private Attorneys General Act ("PAGA") only and for no other purpose;

WHEREAS, nothing in this stipulation is intended or should be construed as an admission by either party as to the relevance of the timekeeping and payroll data being produced, and this stipulation has no bearing on any dispute regarding the relevance of the data being produced with respect to Plaintiffs' class and PAGA claims;

WHEREAS, Defendant has agreed to produce the aforementioned timekeeping and payroll data by August 31, 2023;

WHEREAS, Plaintiffs have requested that the Parties file a stipulation with respect to the Parties' agreement; and

Accordingly, the Parties stipulate, subject to the Court's approval, as follows:

On or before August 31, 2023, Phillips 66 will produce timekeeping and payroll data of Phillips 66's non-exempt employees in California for the time period of March 30, 2021 to the present.

IT IS SO STIPULATED.

Dated: August 11, 2023   **SETAREH LAW GROUP**

By:   */s/ Thomas Segal*
Shaun Setareh
Thomas Segal
Farrah Grant
*Attorneys for Plaintiffs*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated:  August 11, 2023

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas D. Poper*
Michael S. Chamberlin
Nicholas D. Poper

*Attorneys for Defendant*
PHILLIPS 66 COMPANY

## **ATTESTATION**

I, Thomas Segal, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/   Thomas Segal*

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

DATED: August 11, 2023

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge